# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT (REDACTED) |
| V. | CASE NUMBER: 20-4208 MJ |
| Terrance Padilla | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### Count 1

On or about August 1, 2020 and August 25, 2020, in the District of Arizona, within the confines of the Fort Apache Indian Reservation, Indian Country, the defendant, TERRANCE PADILLA, an Indian, did knowingly engage in a sexual act with the victim, John Doe, a child under the age of 12. The sexual act involved contact between the defendant's penis and John Doe's mouth.

In violation of Title 18, United States Code, Sections 1153, 2241(c) and 2246.

### Count 2

On or about August 1, 2020 and August 25, 2020, in the District of Arizona, within the confines of the Fort Apache Indian Reservation, Indian Country, the defendant, TERRANCE PADILLA, an Indian, did knowingly engage in a sexual act with the victim, John Doe 2, a child under the age of 12. The sexual act involved contact between the defendant's penis and John Doe 2's mouth.

In violation of Title 18, United States Code, Sections 1153, 2241(c) and 2246.

### Count 3

On or between June 24, 2020 and August 24, 2020, in the District of Arizona, within the confines of the Fort Apache Indian Reservation, Indian Country, the defendant, TERRANCE PADILLA, an Indian, did knowingly engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved contact between the defendant's penis and Jane Doe's vulva.

In violation of Title 18, United States Code, Sections 1153, 2241(c) and 2246.

### Count 4

On or between June 24, 2020 and August 24, 2020 in the District of Arizona, within the confines of the Fort Apache Reservation, Indian Country, the defendant, TERRANCE PADILLA, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved the intentional touching, not through the clothing, of the victim's

CC: USM + PTS

genitalia with the defendant's hand, with an intent to abuse, humiliate, harass, and degrade the victim and arouse and gratify the sexual desire of any person.

In violation of Title 18, United States Code, Sections 1153, 2241(c) and 2246.

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

AUTHORIZED BY: Anthony W. Church, AUSA *AWC*

Daniel Douglass, FBI Special Agent
Name of Complainant                                                Signature of Complainant

Telephonically sworn to before me,

September 4, 2020                               At     Flagstaff, Arizona
Date                                                           City and State

HONORABLE CAMILLE D. BIBLES                    Camille D. Bibles    Digitally signed by Camille D. Bibles
United States Magistrate Judge                                       Date: 2020.09.04 12:56:30 -07'00'
Name & Title of Judicial Officer                   Signature of Judicial Officer

## STATEMENT OF PROBABLE CAUSE

I, Daniel Douglass, a Special Agent with the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI) in Pinetop, Arizona.  I have worked as a Special Agent with the FBI since January 2015.  In that time, I have authored and served multiple arrest warrants related to violent crimes that have occurred on Indian Reservations.

2.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause and does not set forth all of my knowledge obtained during the course of the investigation.

## PROBABLE CAUSE

3.     On August 24, 2020, the F.B.I. was requested to investigate the sexual assault of a minor, John Doe (11-year-old male).  Earlier that day, White Mountain Apache Tribe (WMAT) Police were called to conduct a welfare check of John Doe at Padilla's home on the Fort Apache Indian Reservation.  While at the home, WMAT police were informed by John Doe that his uncle, Terrance Padilla, had been molesting him for approximately the last two years.  John Doe further stated that Padilla had begun to molest his younger brother, John Doe 2 (9 year old male), and younger sister, Jane Doe (5 year old female), approximately two months ago.

4.     On August 25, 2020, John Doe was forensically interviewed.  During the interview, John Doe described at least three occasions in which Padilla forced John Doe to perform oral sex on him, including one time when Padilla asked John Doe to get his penis "wet" for him so that he could sexually assault Jane Doe.  John Doe indicated the most recent occurrence of being forced to perform oral sex on Padilla happened on August 23,

1

2020. (Count 1).  John Doe further indicated Padilla inserted his finger or penis into John Doe's anus on multiple separate occasions.  John Doe stated he was in the room when Padilla sexually assaulted John Doe 2 and Jane Doe. The assault against John Doe occurred approximately two days before the forensic interview and the assault against Jane Doe occurred within the last two months.  The assaults took place in Padilla's bedroom.  During these sexual assaults, Padilla used lotion or "oil" on John Doe to facilitate the sexual assaults.  The "oil" was described as clear and the bottle having a Walgreens logo.  John Doe said Padilla keeps the "oil" and the lotion on his dresser. John Doe described Padilla's bed and blankets, indicating they were a black, blue, white, and yellowish orange color.

5.      During the interview, John Doe indicated he has been hit with multiple objects during the last two years to include a metal bar, which is located in the laundry room. The bar was described as thick and is used as being used as a tool with tires.  John Doe said he was also hit with a wooden board, which is kept in Padilla's bedroom, and metal and plastic hangers.  John Doe indicated that he, and all of his siblings, have been hit by Padilla and that the hitting has been occurring for approximately the last 2 years.  John Doe indicated Padilla and his Aunt Paula hit him and his siblings.

6.      On August 25, 2020, Jane Doe was forensically interviewed.  During the interview, Jane Doe indicated when Padilla is mad at John Doe, John Doe "gets hit around". Jane Doe did not disclose any sexual abuse.

7.      On August 25, 2020, John Doe 2 was forensically interviewed.  During the interview, John Doe 2 indicated Padilla hits him with a wooden board, which is located in Padilla's bedroom.  John Doe 2 stated on one occasion Padilla picked him up in the living room and threw him against the wall.  The wall had a hole in it afterward.  John Doe 2's back was injured on this occasion and his back hurt for approximately 5 weeks.  John Doe 2 did not disclose any sexual abuse.

8.      On August 26, 2020, a search warrant was executed at Padilla's home.  The following items were seized during the search warrant: Walgreens mineral oil bottle, a

2

bottle of lotion, a wooden board, and a metal pole.

9.      On August 26, 2020, a sexual assault exam was conducted on Jane Doe. The exam revealed that Jane Doe had a transection of the hymen, which was pathognomonic of sexual abuse. (Counts 3 and 4).

10.     On August 26, 2020, a sexual assault exam was conducted on John Doe. John Doe told medical staff that Padilla made him perform oral sex on Padilla. John Doe stated Padilla uses oil or lotion to anally penetrate him.

11.     On August 26, 2020, Padilla was interviewed. During the interview, Padilla stated approximately two weeks ago, he had forced John Doe to perform oral sex on him and on one occasion Padilla ejaculated into John Doe's mouth. Padilla used oil and lotion to penetrate John Doe's anus with his finger and penis. Padilla stated that he forced John Doe 2 to perform oral sex on him on one occasion. Padilla ejaculated into John Doe 2's mouth. Padilla stated that approximately two weeks ago he placed his penis on Jane Doe's "hole" and that he put his finger inside of her. (Counts 3 and 4). Padilla stated he hit the four siblings under his care multiple times over the past two years with a wooden paddle and a small stick.

12.     Padilla is an enrolled member of the Fort Apache Indian Tribe, which is a federally recognized tribe.

13.     This affidavit is sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose.

**AUTHORIZATION REQUEST**

Based on the foregoing, I have reason to believe that probable cause exists that Terrance Padilla committed multiple counts of Aggravated Sexual Abuse of Child, in violation of Title 18, United States Code, Sections 1153, 2241(c) and 2246, Counts 1 through 4 as set forth in the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Special Agent Daniel Douglass
Federal Bureau of Investigation

X Sworn by Telephone

Sworn to and subscribed on this 4th day of September 2020:

Camille D. Bibles

Digitally signed by
Camille D. Bibles
Date: 2020.09.04
12:56:59 -07'00'

HONORABLE CAMILLE D. BIBLES
United States Magistrate Judge

4